# Exhibit A



### YOUR ANYTIME GUILT-FREE INDULGENCE.

Life's too short to feel guilty about indulging in the decadent foods you love. We believe that great taste and good health are not mutually exclusive. ONE Brands reimagines what's possible. Don't choose between what you want and what you need when you can have it all at once. With 20 grams of protein and only 1 gram of sugar delivered in deliciously decadent too-good-to-be-true flavors, we're the protein bar you didn't think was possible.

ONE Bars are perfect for breakfast, lunch, on-the-go snacking, post-workout recovery or just because. Imagine enjoying a maple glazed doughnut, birthday cake, cinnamon roll or peanut butter chocolate cake protein snack without any of the guilt…

Sound too good to be true? It's not.

**YOU'VE FOUND THE ONE.**

ONE, formerly OhYeah!, is committed to offering exceptional taste, superior texture, and functionality—no compromises and zero regrets.







2





ONE CLUB SIGN UP   MY ACCOUNT   SHOP NOW   (0)

PRODUCTS   WHERE TO BUY   ABOUT US   CONTACT

## ONE BAR. A WHOLE LOT OF DECADENT FLAVORS.


**ALMOND BLISS**


**BIRTHDAY CAKE**


**BLUEBERRY COBBLER**


**CHOCOLATE BROWNIE**


**CHOCOLATE CHIP COOKIE DOUGH**


**CINNAMON ROLL**


**COOKIES & CRÉME**


**LEMON CAKE**


**MAPLE GLAZED DOUGHNUT**


**PEANUT BUTTER CHOCOLATE CAKE**


**PEANUT BUTTER PIE**


**SALTED CARAMEL**

Contact Us
Press
Copyright Policy
Terms & Conditions
Map Policy
Sales & Refunds

SIGN UP FOR NEWS, PROMOTIONS, AND GIVEAWAYS.

Email Address   SIGN UP

HAVE A REAL CONNECTION WITH THE ONE.

   























































7

