# Exhibit B





## COMPLETE CATALOG



Original Bars (85g)
$41.98



Good Grab Bars (45g)
Sold Out



Nutritional Shakes (14oz)
$50.58



Total Protein System
from $39.95 $54.00



OhYeah! Isolate Power
from $62.29



OhYeah! Whey Power
from $46.92



# NSF

## NSF® CERTIFIED FOR SPORT

**FROM THE NSF:** TO MEET THE GROWING DEMANDS OF ATHLETES, COACHES AND ALL THOSE CONCERNED ABOUT BANNED SUBSTANCES IN SPORTS SUPPLEMENTS, WE CREATED THE NSF CERTIFIED FOR SPORT® PROGRAM. THE PROGRAM CERTIFIES THAT WHAT IS ON THE LABEL IS IN THE BOTTLE AND THAT THE PRODUCT DOES NOT CONTAIN UNSAFE LEVELS OF CONTAMINANTS.

OUR SCIENTISTS SCREEN SPORTS SUPPLEMENTS FOR MORE THAN 200 BANNED OR PROHIBITED SUBSTANCES SUCH AS NARCOTICS, STEROIDS, STIMULANTS, HORMONES AND OTHER RELATED SUBSTANCES ALONG WITH DIURETICS AND OTHER MASKING AGENTS. WE ALSO MONITOR PROHIBITIVE LISTS OF SUBSTANCES, SUCH AS NSF ANNEX A, NFL AND MLB, ON AN ONGOING BASIS.

CERTIFICATION ALSO MEANS THAT SUPPLEMENT MANUFACTURERS AND THEIR SUPPLIERS HAVE MET OUR STRINGENT INDEPENDENT CERTIFICATION PROCESS GUIDELINES, WHICH WERE DEVELOPED THROUGH A CONSENSUS PROCESS INVOLVING REGULATORY, SPORTS INDUSTRY AND CONSUMER GROUPS.

FOR MORE INFORMATION ABOUT NSF DIETARY SUPPLEMENTS CERTIFIED FOR SPORT® PROGRAM, EMAIL NSFSPORT@NSF.ORG OR CALL +1 734.827.6856.

## BENEFITS OF CERTIFICATION

THE NSF CERTIFIED FOR SPORT® PROGRAM HELPS ATHLETES, COACHES AND TRAINERS MAKE MORE INFORMED DECISIONS WHEN CHOOSING SPORTS SUPPLEMENTS. THE PROGRAM IS RECOGNIZED BY THE NFL, NFL PLAYERS ASSOCIATION, MLB, MLB PLAYERS ASSOCIATION, PGA, LPGA AND CANADIAN CENTRE FOR ETHICS IN SPORTS.

THE NSF CERTIFICATION MARK ON OUR PRODUCTS HELPS ATHLETES OF ALL LEVELS BUY OUR SUPPLEMENTS WITH CONFIDENCE. CERTIFIED SUPPLEMENTS MUST MEET RIGOROUS STANDARDS THAT INCLUDE COMPREHENSIVE LAB TESTING AND EXTENSIVE EVALUATION OF THE MANUFACTURING PROCESS TO ENSURE CONTAMINATED SUBSTANCES OR HIDDEN INGREDIENTS ARE NOT ADDED TO A PRODUCT.

THE PROGRAM PROTECTS YOU:
   - PROTECT AGAINST ADULTERATION OF PRODUCTS
   - VERIFY LABEL CLAIMS AGAINST PRODUCT CONTENTS
   - IDENTIFY ATHLETIC BANNED SUBSTANCES IN THE FINISHED PRODUCT OR INGREDIENTS

## WHY WE WORK WITH NSF

**FROM OHYEAH! NUTRITION:** NSF HELPS ESTABLISH CREDIBILITY AND PROVIDES THE CONSUMER ASSURANCE THROUGH THE VIGOROUS LABORATORY TESTING. THE CERTIFIED FOR SPORT® PROGRAM BUILDS ON EXPERTISE IN DIETARY SUPPLEMENTS AND FUNCTIONAL FOODS. THEY DEVELOPED AND MAINTAIN THE ONLY ACCREDITED AMERICAN NATIONAL STANDARD TO CERTIFY DIETARY SUPPLEMENTS, NSF/ANSI 173.

NSF SCIENTISTS HELPS YOU ESTABLISH PRODUCT STEWARDSHIP BY CONFIRMING CONTENT, PURITY AND COMPLIANCE, AND BY ASSESSING PUBLIC SAFETY AND ENVIRONMENTAL CONCERNS ON PRODUCTS. THEY CONDUCT ROUTINE ANALYSES IN AN ISO 17025-CERTIFIED LAB ACCORDING TO U.S. FDA STANDARD METHODS, AOAC OFFICIAL METHODS, USP MONOGRAPHS AND MORE FOR:

   - ORGANIC AND INORGANIC ANALYSES
   - INGREDIENT CONFIRMATION
   - CONTAMINANT ANALYSIS
   - HEAVY METALS
   - PESTICIDE RESIDUES
   - PROCESSING IMPURITIES
   - DIOXIN
   - UNKNOWN MIXTURES

THEY CONTINUALLY INVEST IN THE LATEST TECHNOLOGIES AND HAVE ANALYTICAL INSTRUMENTATION INCLUDING GC, GC/MS, GFAA, ICP, ICP/MS, LC/MS, HPLC, HI-RES GCMS, TOC AND IC. OUR DEDICATED STAFF OF HIGHLY SKILLED PROFESSIONALS IN ANALYTICAL CHEMISTRY, BIOCHEMISTRY, ENVIRONMENTAL CHEMISTRY, FOOD AND PLANT SCIENCE AND NUTRITION PROVIDES THOROUGH TESTING AND ACCURATE RESULTS TO MEET TODAY'S PUBLIC HEALTH AND SAFETY NEEDS. ALL OF OUR PRODUCTS ARE TESTED, INCLUDING OUR OHYEAH! VICTORY BARS, ONE BARS, LOW CARB PROTEIN POWDERS, AND OUR PROTEIN SHAKES.

## FIVE STEPS TO NSF CERTIFIED FOR SPORT® CERTIFICATION

**APPLICATION INCLUDING**
   - FORMULATION
   - LABEL
   - INGREDIENT SUPPLIERS INFORMATION
   - MANUFACTURING FACILITIES INFORMATION

**TOXICOLOGY REVIEW**

**4**

- LABEL AND FORMULATION REVIEW AND COMPARISON
- INGREDIENT REVIEW
- DETERMINATION OF PRODUCT TESTING

**FACILITY INSPECTION**
- GMP AUDITS OF PRODUCTION FACILITIES TO ENSURE NO BANNED SUBSTANCES ARE STORED OR MANUFACTURED AT THE FACILITY
- OBSERVATIONS OF IN-HOUSE LABORATORIES
- SOURCING AND TRACEABILITY PROCEDURES
- SCHEDULE OF INGREDIENT SUPPLIER AUDITS BASED ON NUMBER OF SUPPLIERS

**ANNUAL LABORATORY TESTING AND ANALYSIS**
- MICROBIOLOGICAL
- HEAVY METALS
- PESTICIDES/HERBICIDES
- LABEL CONTENT VERIFICATION
- DISINTEGRATION
- BANNED SUBSTANCES TESTING BASED ON NUMBER OF LOTS

**PRODUCT CERTIFICATION AND LISTING**
- MONITORING OF CONTROL FORMULATION/INGREDIENT SUPPLIER CHANGES
- MARKETPLACE SAMPLING



Download the NSF Certified for Sport® app and have certified products readily available at your fingertips. The NSF for Sport App now available in both the Apple App Store and Android Marketplace. Download free of charge. Learn More

Sign Up For News, Promotions and Giveaways

COPYRIGHT POLICY    SALES & REFUND POLICY    TERMS OF USE

MAP POLICY    CONTACT

© 2018 OhYeah! Nutrition. All Rights Reserved.

**5**









PRODUCTS   NSF   PARTNERSHIPS   CONTACT

SIGN IN   0









GOOD GRAB BARS (45G)

Sold Out

The OhYeah! Good Grab bar is just like the original, only smaller. It's not a less powerful, so-called "light" version, but rather a smaller, portion-controlled version modeled after the original trusted recipe. The OhYeah! Good Grab bar combines maximum indulgent taste with pure hunger satisfaction.

At just 190 calories, 15g of premium protein and only 4-5 grams of sugar, the OhYeah! Good Grab bar is just the right size for calorie-conscious consumer. Simply put, it's smarter snacking made simple.

Type: Good Grab Bars

RELATED ITEMS

Original Bars (85g)
$41.98

OHYEAH! PRODUCT REVIEWS

★★★★★ Based on 1 review                                                                 Write a review

★★★★★
FANTASTIC
Brandon on Dec 11, 2017

My new trainer suggested Oh Yeah! bars as a good option for snacks so I bought one today to test it out. I tried the Chocolate & Caramel Good Grab size and found it tastes exactly like a candy bar. Try one if you like nuts, caramel and chocolate.

Report as Inappropriate

Sign Up For News, Promotions and Giveaways

Enter your email address...

COUNT ME IN

COPYRIGHT POLICY   SALES & REFUND POLICY   TERMS OF USE

MAP POLICY   CONTACT

© 2018 OhYeah! Nutrition. All Rights Reserved.